## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RE: APPEAL OF SPRINGFIELD
SCHOOL DISTRICT FROM THE
DECISION OF THE BOARD OF
ASSESSMENT APPEALS OF
DELAWARE COUNTY, PENNSYLVANIA
FOR THE YEAR 2012 AND
SUBSEQUENT TAX YEARS RELATING
TO THE PROPERTY LOCATED AT THE
EAST SIDE OF WOODLAND AVENUE,
NORTH OF BALTIMORE PIKE,
SPRINGFIELD TOWNSHIP, DELAWARE
COUNTY, PENNSYLVANIA, OWNED BY
VMDT PARTNERSHIP

PETITION OF:  VMDT PARTNERSHIP

: No. 909 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

RE: APPEAL OF SPRINGFIELD
SCHOOL DISTRICT FROM THE
DECISION OF THE BOARD OF
ASSESSMENT APPEALS OF
DELAWARE COUNTY, PENNSYLVANIA
FOR THE YEAR 2012 AND
SUBSEQUENT TAX YEARS RELATING
TO THE PROPERTY LOCATED AT THE
EAST SIDE OF WOODLAND AVENUE,
NORTH OF BALTIMORE PIKE,
SPRINGFIELD TOWNSHIP, DELAWARE
COUNTY, PENNSYLVANIA, OWNED BY
VMDT PARTNERSHIP

PETITION OF:  VMDT PARTNERSHIP

: No. 910 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.